CENTER FOR DISABILITY ACCESS
Mark Potter, Esq.  SBN 166317
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 082
P. O. Box 262490
San Diego, CA  92196-2490
Telephone:  858-375-7385
Facsimile:  888-422-5191

Attorney for Plaintiff, Juan Moreno

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants, Wight Holdings, Inc. and Wight Enterprises #2, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Juan Moreno, | CASE NO.  2:14-cv-01148-JAM-EFB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO SET ASIDE DEFAULT; ORDER** |
| Wight Holdings Inc., a California Corporation; Wight Enterprises #2 LLC, a California Limited Liability Company; and Does 1-10, | **[Rule 55(c) FRCP]** |
| Defendants. | |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, Juan Moreno and Defendants Wight Holdings, Inc., a California corporation and Wight

Enterprises #2, LLC, a California Limited Liability Company, by and through their respective attorneys, Phyl Grace and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the default that was entered by the Clerk in this matter on June 23, 2014, for good cause and in the interests of justice and allow Defendants to file an Answer to the Complaint within ten (10) days after entry of the Order setting aside the default.

IT IS SO STIPULATED.

Dated:  June 25, 2014

          __/s/ Phyl Grace_____
Phyl Grace, Attorney for Plaintiff

Dated:  June 25, 2014

          __**/S/**  CRIS C. VAUGHAN_____
Cris C. Vaughan, Attorney for Defendants, Wight Holdings, Inc. and Wight Enterprises #2, LLC

ORDER

IT IS SO ORDERED; that the Default entered in this matter on June 23, 2014 is hereby set aside and Defendants shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Dated:  6/25/2014          /s/ John A. Mendez_____
United States District Court Judge