UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>     Plaintiff,<br><br>  v.<br><br>Wight Holdings Inc., a California Corporation;<br>Wight Enterprises #2 LLC, a California Limited Liability Company; and Does 1-10,<br><br>     Defendants. | Case: 2:14-CV-01148-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 10/14/2014        /s/ John A. Mendez_____
                         HONORABLE JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE